DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Daniel.hollingsworth@usdoj.gov
Counsel for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-139-JCM-(VCF) |
| Plaintiff, | |
| v. | United States of America's Notice that its Interests and Rights Expired in Property Listed in the Preliminary Order of Forfeiture |
| ISIAH CATRELL BROWN, | |
| Defendant. | |

The United States respectfully notifies this Court that its interests and rights in the following property expired pursuant to Title 21, United States Code, Section 853(h):

1. Berretta, Model 92FS, 9mm semi-automatic handgun, bearing serial number BER 598782; and
2. any and all ammunition

(all of which constitutes property).

The United States does not have custody of the property listed in the Preliminary Order of Forfeiture (ECF No. 34).

The United States' forfeited interests and rights in the property listed in the Preliminary Order of Forfeiture (ECF No. 34) have expired. "Any property right or interest not exercisable

by, or transferrable for value to, the United States shall expire and shall not revert to the defendant . . ." Title 21, United States Code, Section 853(h); Title 18, United States Code, Section 1963(f); *see also United States v. Conner*, 603 F. Supp. 2d 890, 896 (W.D. Va. 2009).

### MEMORANDUM OF POINTS AND AUTHORITY

On May 11, 2016, a Two-Count Indictment was returned against Isiah Catrell Brown (Brown). Indictment, ECF No. 16. Brown plead guilty to Count One of the Indictment. Indictment, ECF No. 16; Change of Plea, ECF No. 33; Plea Agreement, ECF No. 35. On October 27, 2016, this Court entered the Preliminary Order of Forfeiture as to Brown (ECF No. 34). As part of the plea, the defendant agreed to forfeit the property.

The property is not in the custody of the United States and the United States' forfeited interests and rights in the property have expired.

Based on the foregoing, this Court should enter an order indicating (a) the United States' interests and rights in the property listed in the Preliminary Order of Forfeiture (ECF No. 34) have expired; (b) the Preliminary Order of Forfeiture is reversed and is null and void; and (c) the property listed in the Preliminary Order of Forfeiture (ECF No. 34) will not revert back to the defendant and/or any person(s) acting in concert with him and/or on his behalf.

A proposed order is submitted with this Notice.

Dated this 28th day of November, 2016.

DANIEL G. BOGDEN
United States Attorney

 */s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on November 28, 2016.

                                            */s/ Heidi L. Skillin*
                                            HEIDI L. SKILLIN
                                            FSA Paralegal

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-139-JCM-(VCF) |
| Plaintiff, | ) | |
| v. | ) | Order |
| ISIAH CATRELL BROWN, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in:

1. Berretta, Model 92FS, 9mm semi-automatic handgun, bearing serial number BER 598782; and
2. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Preliminary Order of Forfeiture (ECF No. 34) entered in this case is null and void;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named property will not revert back to the defendant and/or any person(s) acting in concert with him and/or on his behalf.

UNITED STATES DISTRICT JUDGE

DATED: January 20, 2017

4