UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISIAH CATRELL BROWN,<br><br>                               Plaintiff(s),<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                               Defendant(s). | Case No. 2:20-CV-1132 JCM<br><br>ORDER |

       Presently before the court is the matter of *Brown v. USA*, 2:20-cv-01132-JCM. Isiah Catrell Brown filed a pro se motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. (ECF No. 1). Brown repeats some of the claims in his pending § 2255 motion that is based on the Supreme Court's decision in *Rehaif v. United States*, 139 S. Ct. 2191 (2019). (ECF No. 43 in 2:16-cr-00139-JCM-VCF-1).

       Because Brown has appeared by attorney to move for § 2255 relief, he may not personally file documents with the court. LR IA 11-6. All filings must be made by his appointed attorney, Amy B. Cleary of the FPD. *Id.*

       Accordingly,

       IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Brown's motion (ECF No. 1) be, and the same hereby is, DENIED without prejudice. The clerk is instructed to file this order in the instant civil case and in the related criminal case, 2:16-cr-00139-JCM-VCF-1.

       DATED February 17, 2021.

                                                          /s/ James C. Mahan<br>
                                                            UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**