**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00139-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| ISIAH CATRELL BROWN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 26, 2026 at 10:30 a.m., be vacated and continued to March 30, 2026, at the hour of 10:30 a.m.

DATED this 21st day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE

3