RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Isiah Catrell Brown

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00139-JAD-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** (First Request) |
| v. | |
| ISIAH CATRELL BROWN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Isiah Catrell Brown, that the Preliminary Hearing currently scheduled on January 22, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Counsel for the defendant is scheduled to be on leave during the scheduled hearing date.

2.      The alleged violations carry significant consequences and will require substantial time to adequately investigate.

3.    Defendant is in custody.

4.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 21st day of January, 2026.


RENE L. VALLADARES                      TODD BLANCHE
Federal Public Defender                 Deputy Attorney General


By /s/ Rick Mula                        By /s/ Robert Knief
RICK MULA                               ROBERT KNIEF
Assistant Federal Public Defender       Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00139-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| ISIAH CATRELL BROWN, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 22, 2026 at the hour of 4:00 p.m., be vacated and continued to **March 23, 2026, at 4:00 p.m.**

DATED this 21st day of January, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3